IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

KENNETH JAY RANEY, SR.,

    Petitioner,                                JUDGMENT IN A CIVIL CASE

    v.                                            Case No.  15-cv-174-wmc

UNITED STATES OF AMERICA,

    Respondent.

This action came before the court for consideration with District Judge William M. Conley presiding.  The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of respondent United States of America against petitioner Kenneth Jay Raney, Sr. denying his motion for post conviction relief under 28 U.S.C. § 2255.

    s/ J. Smith, Deputy Clerk                     6/12/2015
  Peter Oppeneer, Clerk of Court                      Date